1  LAWRENCE G. BROWN
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797





5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  IN RE:                          )
                                    )
12  SEARCH WARRANTS AUTHORIZED      )
    FOR THE PREMISES LOCATED AT:    )   2:09 - SW - 0306    GGH
13                                  )
    17971 Old Mill Road             )
14  Nevada City, California         )   ORDER FOR DESTRUCTION OF BULK
                                    )   MARIJUANA SEIZURE
15                                  )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18                                  )   **SEALED**
                                    )
19                                  )
                                    )
20  _____)

21       The United States applied for an order permitting its agents

22  to destroy bulk marijuana that it expects to seize in this matter

23  pursuant to a duly authorized search warrant.  Having read and

24  considered the papers filed by the United States, and good cause

25  appearing therefrom:

26       IT IS HEREBY ORDERED that the DEA and other investigative

27  agencies involved in the investigation of this matter are

28  authorized to destroy, forthwith, any bulk marijuana seized during

                                    1

1 | the investigation.  For evidentiary purposes, the marijuana plants

2 | shall be counted and, if possible, weighed.  Additionally, any

3 | seized marijuana gardens shall be photographed and/or videotaped,

4 | and a representative sample taken from each location, which shall

5 | be preserved until further order of this court.

6 |

7 | Dated: September 21, 2009          GREGORY G. HOLLOWS
                                       _____
                                       GREGORY G. HOLLOWS
8 |                                    U.S. Magistrate Judge

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |